UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLA SHIFLETT,

  Plaintiff,

CASE NO.: 8:16-CV-524-T-33EAJ

-vs-

CREDIT PROTECTION ASSOCIATION, L.P.,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Carla Shiflett, and the Defendant, Credit Protection Association, L.P., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulates to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendants in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 23rd day of June, 2016.

| | |
|---|---|
| /s/ Octavio Gomez | /s/ Ruel Smith |
| Octavio "Tav" Gomez, Esquire | Ruel W. Smith, Esquire |
| Morgan & Morgan, Tampa, P.A. | Florida Bar No. 36548 |
| One Tampa City Center | Hinshaw & Culbertson LLP |
| 201 N. Franklin St., 7th Floor | 100 South Ashley Dr, Suite 500 |
| Tampa, FL 33602 | Tampa, FL 33602 |
| Tele: (813) 223-5505 | Tele: 813-276-1662 |
| Fax: (813) 223-5402 | Fax: 813-276-1956 |
| tgomez@forthepeople.com | rsmith@hinshawllaw.com |
| Florida Bar #: 0338620 | Attorneys for Defendant |
| Attorney for Plaintiff | |